UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22mj03363 Goodman

UNITED STATES OF AMERICA

v.

ERIC D. SCULLY,
           Defendant.
_____/

FILED BY _____dgj_____ D.C.

Aug 15, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - mia

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   *Marx P. Calderon*

Marx P. Calderon
Assistant United States Attorney
Court ID No.   A5502700
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305-961-9036
Email: Marx.Calderon@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ERIC D. SCULLY,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  22mj03363 Goodman<br>)<br>)<br>) |

### CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   11/29/2021 - 7/11/2022   in the county of   Miami-Dade   in the
  Southern   District of   Florida  , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1341 | Mail fraud. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Danny Rivera, S.A. USSS
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime

Date:  8/13/2022

*Judge's signature*

City and state:   Miami, FL       Hon. Jonathan Goodman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Danny Rivera, being duly sworn, do hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent of the United States Secret Service ("USSS") and have been since 2019. I am currently assigned to the USSS Cyber Investigations Squad in Miami, Florida. I am a law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of 18 U.S.C. § 3056. I have received specialized training regarding a variety of law enforcement investigation techniques used to identify various complicated fraud schemes, ways in which a criminal can compromise personal information, counterfeit Federal Reserve Notes (FRN), and techniques used by individuals to avoid detection of fraud by law enforcement officers.

2.      Since becoming a Special Agent, I have worked with experienced Special Agents and state and local law enforcement officers who also investigate fraud schemes. My specialized training also includes knowledge in electronic media (computers, printers, mobile cellular devices, and media storage devices) and how they are used to violate the law by manufacturing counterfeit currency, commercial checks, false identification, exceed authorized access to a protected computer, spoof emails, and intercept electronic wire communications. My computer training also includes the understanding to preserve digital devices, including, but not limited to hard disk drives, floppy disks, compact disks, magnetic tapes, memory chips, flash drives, cellular telephones, and tablets, for a forensics exam to be conducted at a later time by a forensic specialist.

3.      The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement officers and personnel involved in this investigation.

4. This Affidavit is submitted in support of a criminal complaint charging Eric D. SCULLY ("SCULLY") with mail fraud in violation Title 18 U.S.C. § 1341.

5. Because this Affidavit is submitted for the limited purpose of establishing probable cause for the proposed complaint, I have not included details of every aspect of this investigation.

## PROBABLE CAUSE

### *Vishing and Wire Fraud Schemes*

6. Vishing (or voice phishing) is a type of telephone fraud scheme where individuals committing fraud often use social engineering techniques to bait victims into providing their personal information or gain credentials or access to computer networks. These "vishing frauds" commonly consist of groups of co-conspirators working in tandem where one or more subjects are responsible for making phone contact with victims with the aim of getting them to send funds (in the form of wires, checks, electronic transfers, and cryptocurrencies) to a second subject(s) that is responsible for laundering the stolen funds.

7. The subject(s) in vishing frauds often open business accounts in order to make the victims' deposits and transfers look like legitimate transactions to deceive banking institutions. Once the victims' funds are in the vishing subject's accounts, they will either rapidly cash out the monies to conceal their origin or continue to layer it by transferring the victims' deposits to other accounts or crypto exchanges before withdrawing.

8. Two very common types of vishing fraud are computer tech support scams and romance scams. Unfortunately, these schemes often target elderly individuals across the United States. Criminals target this vulnerable population because they tend to be trusting and polite. They also usually have financial savings, own a home, and have good credit—all of which make them

2

attractive to scammers. Additionally, seniors may be less inclined to report fraud because they don't know how, or they may be too ashamed of having been scammed. They might also be concerned that their relatives will lose confidence in their abilities to manage their own financial affairs. Once successful, scammers are likely to keep a scheme going because of the prospect of significant financial gain.

9. Law Enforcement has identified eight (8) individuals that fell victim to fraudulent vishing and romance schemes in which SCULLY benefited from – including the three (3) victims below. The total amount of loss from the eight victims is currently $282,690.

10. According to the State of Florida's Driver and Vehicle Information Database (DAVID), SCULLY currently resides at 425 NE 22nd Street, Apt 2405, Miami, Florida 33137 ("Residence") and has claimed this as his official residence since February 2018.

## VICTIMS

a. A.M.

11. On November 29, 2021, victim A.M (63 years old), received a call from an unknown subject (UNSUB1) claiming to be an Amazon employee. UNSUB1 told A.M. that his/her Amazon account had been hacked. UNSUB1 then requested that A.M. download a program so he could show A.M. how the computer was compromised. A.M. gave UNSUB1 permission to access her computer via a remote access application called Awesun.[1] UNSUB1 told A.M. that the hack occurred because A.M.'s IP address was public and therefore anyone could see it and hack into it.

12. A.M. was then transferred to speak to another unknown subject (UNSUB2), who

---

[1] AweSun is a remote-control software that facilitates remote access to computers and mobile phones.

3

falsely showed A.M. that many foreign IP addresses were hacking into her computer system. Based on my training and experience and from A.M.'s statements, UNSUB2 remote accessed A.M.'s computer and showed her common IP address traffic but lied about what the IP address traffic depicted. A.M. was told that 97.2% of A.M.'s information was compromised and that there were eight (8) hackers that needed to be trapped. UNSUB2 then told A.M. that he was going to make a deposit into A.M.'s checking account to trap the hackers. UNSUB2 then directed A.M. to go directly to A.M.'s bank and withdraw $9100 in cash and then go to Chase Bank to deposit the cash into Chase Account x3761. A.M. complied and was told to not tell anyone about this because the bank would automatically freeze A.M.'s account for 90 days.

13. The next day, A.M. was once again called by UNSUB1 or UNSUB2 and instructed to make another $9100 deposit to the Chase account. A.M. yet again obeyed and made the deposit. Law enforcement later confirmed that Chase account x3761 belongs to SCULLY.

14. Federal Grand Jury Subpoena results of Chase Account x3761 confirmed two deposits of $9,100 was received on November 29 and 30. Further review of the bank documents showed that on November 29, 2021, SCULLY transferred $12,061 from his Chase account to his Coinbase Account, and on November 30, 2021, SCULLY transferred $9,891 from his Chase account to his Coinbase Account.

15. Subpoena results of SCULLY's Coinbase account shows that he is the owner of the account. Records also show that on November 29, 2021, SCULLY purchased 0.20343008 BTC ($12,051.00 USD) and then transferred to private wallet address: bc1qsffu7weq83zzxuz79w0r2v7wwavqupyl6rhtde. On November 30, 2021, SCULLY purchased 0.22608202 BTC ($13,188.00 USD) and then transferred it to private wallet address: bc1qsffu7weq83zzxuz79w0r2v7wwavqupyl6rhtde.

4

16. Based on my training and experience, SCULLY quickly transferred A.M.'s deposits from his Chase account to his Coinbase account then to a private cryptocurrency wallet to conceal the proceeds of fraud.

  b.  *E.P.*

17. On March 22, 2022, victim E.P. (85 years old) received a pop-up on her computer which stated it was hacked and to call Microsoft support at (425) 405-0965. E.P. then called the number and was connected to an unknown subject (UNSUB3). UNSUB3 had remote control of E.P.'s computer and would show E.P things which E.P did not understand on the screen, causing E.P. fear and alarm. E.P. was told that her computer was hacked by seven (7) different hackers. Based on my training and experience and the pattern of this fraud scheme, I believe that E.P. was tricked into giving UNSUB3 access to her computer, similar to the scheme to defraud A.M.

18. Continuing on March 22, 2022, E.P was transferred to another unknown subject (UNSUB4) and instructed to make several withdrawals out of E.P.'s bank account. E.P. continued to make withdrawals at UNSUB4's direction over the course of two (2) weeks. E.P was instructed to send cash to several individuals across the United States including to SCULLY.

19. On or about March 24, 2022, E.P. withdrew $10,000 in cash and mailed it via UPS Next Day Air to SCULLY at his RESIDENCE.

20. On or about March 25, 2022, E.P. withdrew $30,000 in cash and mailed it via USPS, tracking number EI247151587US, to a UPS Store located in 2045 Biscayne Blvd., Miami Florida 33137. Surveillance from the UPS Store shows SCULLY picking up one of the package. This UPS Store is less than one mile from SCULLY's RESIDENCE.

  c.  *B.W.*

21. Victim B.W. (61 years old) informed law enforcement of being a victim of romance

5

scheme that began in late January 2022 and continued through July 2022. A relationship started to develop between B.W. and an unknown subject (UNSUB5) – who purported to be a wealthy man. This relationship escalated to a point where UNSUB5 promised B.W. a box of money containing four million US dollars. However, B.W. was informed that to receive it, B.W. would have to pay for services such as: shipping, anti-theft certificates, money-laundering certificates, insurance, locksmith fees, and taxes. B.W. did not have the funds to pay for all the fees and services so B.W. borrowed from family members to include her sister B.S., and her mother B.F. B.W. was instructed to send it to various individuals across the United States including SCULLY.

22. On June 27, 2022, B.W. mailed two cashier's checks to SCULLY at his RESIDENCE. One check was in the amount of $30,240 and the second check was in the amount of $40,000.

23. On July 12, 2022, B.W. mailed a cashier's check in the amount of $20,000 to SCULLY at his RESIDENCE.

24. On July 11, 2022, B.W. mailed one cashier's check in the amount of $65,750 to SCULLY at his RESIDENCE.

[INTENTIONALLY LEFT BLANK]

## CONCLUSION

25. Based on the forgoing, I submit that there is probable cause to charge SCULLY ("SCULLY") with mail fraud in violation of 18 U.S.C. § 1341.

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Respectfully submitted,



SA Danny Rivera
United States Secret Service

Attested to by the Applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime this 13th day of August 2022.

HON. JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

## CONCLUSION

25.    Based on the forgoing, I submit that there is probable cause to charge SCULLY ("SCULLY") with mail fraud in violation of 18 U.S.C. § 1341.

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Respectfully submitted,



SA Danny Rivera
United States Secret Service

Attested to by the Applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime this 13th day of August 2022.

HON. JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

7